1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ROBERT W. BAKER, JR., individually and on behalf of all others similarly situated,

        Plaintiff,

        v.

JOEL M. ARNOLD, et al.,

        Defendants.

_____

AND RELATED ACTIONS

Case Number C 03-05642 JF

**ORDER GRANTING MOTIONS TO CONSOLIDATE RELATED ACTIONS**

[Docket Nos. 18, 33, 37, 45, 49 & 57]

The Court hereby orders that:

1.  The actions listed on Exhibit A are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  These actions shall be referred to herein as the "consolidated action."

2.  The consolidated action shall be captioned: "*In re Redback Networks, Inc. Securities Litigation*."  All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such related action, absent order

1    of the Court.  A party that objects to such consolidation, or to any other provision of this Order,

2    must file an application for relief from this Order within ten (10) days after the date on which a

3    copy of this Order is served on counsel for the party.

4           3.  This Order is entered without prejudice to the rights of any party to apply for

5    severance of any claim or action, for good cause shown.

6           4.  Any counsel of record for a party in this action who is not a member of the Bar of this

7    Court shall make a written application to the Court, with an accompanying proposed order, to

8    practice before this Court *pro hac vice* in this action pursuant to Civil Local Rule 11-3.

9           4.  The docket in Case No. C 03-05642 JF  shall constitute the Master Docket for this

10   action.

11          5.  Every pleading filed in the consolidated action shall bear the following caption:

13                    IN THE UNITED STATES DISTRICT COURT

14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE DIVISION

17   IN RE REDBACK NETWORKS, INC.              Case Number C 03-05642 JF
     SECURITIES LITIGATION

     _____

19

20   This Document Relates To:

23          6.  The file in Case No. C 03-05642 JF shall constitute a Master File for every action in

24   the consolidated action.  When the document being filed pertains to all actions, the phrase "All

25   Actions" shall appear immediately after the phrase "This Document Relates To:" in the caption

26   above.  When a pleading applies only to some, not all, of the actions, the document shall list,

27   immediately after the phrase "This Document Relates To:" the docket number for each individual

28   action to which the document applies, along with the last name of the first-listed plaintiff in said

                                                  2

1  action.

2      7.  The parties shall file a Notice of Related Cases whenever a case that should be

3  consolidated into this action is filed in, or transferred to, this District.  If the Court determines

4  that the case is related, the clerk shall:

5      (a) place a copy of this Order in the separate file for such action;

6      (b) serve on plaintiff's counsel in the new case a copy of this Order;

7      (c) direct that a copy of this Order be served upon any new defendant(s) in the new case;

8  and

9      (d) make the appropriate entry in the Master Docket.

10     9.  Lead plaintiff in this action shall file and serve upon Defendants a single amended

11  consolidated class action complaint within sixty (60) days after filing of an order approving lead

12  plaintiff's counsel in the consolidated action.  The amended consolidated complaint shall be the

13  operative complaint and shall supercede all complaints filed in any of the actions consolidated

14  herein.  Defendants shall answer, move or dismiss, or otherwise respond to the amended

15  consolidated class action complaint within forty-five (45) days after receipt of such complaint.

16  Lead Plaintiff shall file any opposition to a motion to dismiss filed by Defendants within forty-

17  five (45) days after such motion is filed, and Defendants shall file any reply within twenty-one

18  (21) days after any opposition is filed.

19

20     IT IS SO ORDERED.

21

22  DATED:  May 17, 2004

                              /s/ electronic signature authorized
23                            JEREMY FOGEL
                              United States District Judge

3

1

2

**EXHIBIT A**

3

4

| Case Name | Case Number | Date Filed |
|-----------|-------------|------------|
| *Baker v. Arnold, et al.* | C 03-05642 JF | 12/15/03 |
| *Stremple v. Arnold, et al.* | C 03-05799 JF | 12/23/03 |
| *Deutsch v. Arnold, et al.* | C 03-05870 JF | 12/30/03 |
| *Panzer v. Cronan, et al.* | C 04-00085 JF | 01/08/04 |
| *Grimes v. Cronan, et al.* | C 04-00190 JF | 01/13/04 |
| *Chermak v. Arnold, et al.* | C 04-00251 JF | 01/16/04 |
| *Gillis v. Arnold, et al.* | C 04-00280 JF | 01/21/04 |
| *Hansen v. Cronan, et al.* | C 04-00359 JF | 01/27/04 |
| *Hwang v. Arnold, et al.* | C 04-00568 JF | 02/10/04 |
| *Lederman v. Cronan, et al.* | C 04-00586 JF | 02/11/04 |
| *Smajlaj v. Arnold, et al.* | C 04-00607 JF | 02/12/04 |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 03-05642 JF
ORDER GRANTING MOTIONS TO CONSOLIDATE RELATED ACTIONS
(JFLC3)

1    Copies of this Order have been served on following persons:

2    Robert A. Jigarjian
     CAND.USCOURTS@CLASSCOUNSEL.COM
3
     Robert S. Green
4    CAND.USCOURTS@CLASSCOUNSEL.COM

5    John P. Stigi, III
     jstigi@wsgr.com
6
     Luke O. Brooks
7    lukeb@mwbhl.com

8    Marlon Quintanilla Paz
     mpaz@gelaw.com
9
     Marc L. Godino
10   service@secfraud.com

11   Betsy C. Manifold
     manifold@whafh.com
12
     Rachele R. Rickert
13   rickert@whafh.com

14   Darren J. Robbins
     DRobbins@mwbhl.com
15
     Kristin Anne Dillehay
16   kdillehay@wsgr.com

17   Michael M. Goldberg
     info@glancylaw.com
18
     Mark C. Gardy
19   Abbey Gardy, LLP
     212 East 39th Street
20   New York, NY 10016

21   Stuart M. Grant
     1201 N. Market Street
22   Suite 2100
     Wilmington, DE 19801
23
     Charles H. dufresne
24   Abbey Gardy, LLP
     212 East 39th Street
25   New York, NY 10016

26

27

28

Case No. C 03-05642 JF
ORDER GRANTING MOTIONS TO CONSOLIDATE RELATED ACTIONS
(JFLC3)